IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NATHANIEL POPLAR,

        Petitioner,               No. 2:12-cv-1368 JAM KJN P

   vs.

M. BITER,

        Respondent.           FINDINGS & RECOMMENDATIONS

_____/

       By an order filed June 1, 2012, petitioner was ordered to file a complete application to proceed in forma pauperis, or submit the $5.00 filing fee, within thirty days and was cautioned that failure to do so may result in a recommendation that this action be dismissed. The thirty day period has now expired, and petitioner has not responded to the court's order and has not filed a complete application to proceed in forma pauperis or paid the required filing fee. Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

       These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, petitioner may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Petitioner is advised that failure to file objections within the

1 | specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951
2 | F.2d 1153 (9th Cir. 1991).
3 | DATED:  July 27, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

popl1368.fff